UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
OCT 1 4 2009
CLERK OF COURT
LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. L-09-2362 |
| | § | |
| IGNACIO FEDERICO RAMIREZ NATIVIDAD | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about September 18, 2009, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**IGNACIO FEDERICO RAMIREZ NATIVIDAD,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This violation involved a quantity in excess of 1000 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about September 18, 2009, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

### IGNACIO FEDERICO RAMIREZ NATIVIDAD,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity in excess of 1000 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about September 18, 2009, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

### IGNACIO FEDERICO RAMIREZ NATIVIDAD,

did knowingly and intentionally import into the United States of America from the Republic of Mexico a controlled substance. This violation involved a quantity in excess of 1000 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 952(a) and 960(b)(1) and Title 18 United States Code, Section 2.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**
FOREMAN OF THE GRAND JURY

TIM JOHNSON
UNITED STATES ATTORNEY

*[signature]*
SUNTREASE WILLIAMS
Assistant United States Attorney

GPK

| LAREDO DIVISION | CRIMINAL DOCKET | NO. L-09-2362 |
|---|---|---|
| FILE: 09-24733   09-MJ-2494 INDICTMENT | Filed: OCT 1 4 2009 | Judge: |

UNITED STATES OF AMERICA

VS.

IGNACIO FEDERICO RAMIREZ NATIVIDAD

ATTORNEYS:
TIM JOHNSON, USA

SUNTREASE WILLIAMS, AUSA

Appt'd | Private

GPK

**CHARGE: (TOTAL) COUNTS: (3)**

Ct. 1: Conspiracy to possess with intent to distribute a quantity in excess of 1,000 kilograms of marihuana   [21 USC 846, 841(a)(1) & 841(b)(1)(A)]

Ct. 2: Possess with intent to distribute a quantity in excess of 1000 kilograms of marihuana   [21 USC 841(a)(1) & 841(b)(1)(A) & 18 USC 2]

Ct. 3: Importation of marijuana in excess of 1000 kilograms   [21 USC 952(a) & 960 (b)(1) & 18 USC 2]

**PENALTY:** Cts. 1-3: 10 to Life and/or $4 MILLION, $100 Spec Assessment for ea ct.
5 YRS TERM OF SUPERVISED RELEASE FOR EACH CT.

In Jail:

On Bond:

No Arrest:

NAME & ADDRESS

of Surety:

**PROCEEDINGS:**